# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-118 TL |
|---|---|
| Plaintiff, | |
| v. | ORDER ISSUING BENCH WARRANT |
| FRANK LOZANO GRAVES, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 19th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__ NO _____**

ORDER ISSUING BENCH WARRANT - 1