THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ADRIANNA KINSEY, FRANK LOZANO GRAVES; and MARQUISE LATRELLE TOLBERT<br><br>　　　　Defendants. | No. CR23-118-TL<br><br>[PROPOSED] ORDER CONTINUING PRETRIAL MOTIONS |

The above-named Defendants[1] have filed an unopposed motion to continue the pretrial motions due date previously set for August 11, 2023. For the reasons set forth in Defendants' motion, the motion is GRANTED. Pretrial motions are now due by the **15th day of September 2023**.

Dated this 16th day of August, 2023.

_Tana Lin_
Tana Lin
United States District Judge

---

[1] Defendant Adrianna Kinsey filed the motion. Dkt. No. 48. Defendants Frank Lozano Graves and Marquise Latrelle Tolbert joined the motion. Dkt. Nos. 51, 62.

Order
(*USA v. Graves et al,* CR23-118-TL) - 1