The Hon. Tana Lin
The Hon. John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br>MARQUISE TOLBERT and<br>KISEAN KOLEMAN,<br><br>Defendants. | NO. CR23-104TL<br><br>NOTICE OF RELATED CASE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br><br>v.<br>PARCHEY KELLY<br><br>Defendant. | NO. CR23-105TL<br><br>NOTICE OF RELATED CASE |

Notice of Related Case - 1
*United States v. Tolbert et al*, CR23-104TL
*United States v. Kelly*, CR23-105TL
*United States v. Graves et al.*, CR23-118TL
*United States v. Brandt*, CR23-125JCC.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-118TL |
| Plaintiff | NOTICE OF RELATED CASE |
| | |
| v. | |
| 1. FRANK LOZANO GRAVES, | |
| 2. FRANK MARQUIS GRAVES, | |
| 3. LOREN MICHAEL FITZGERALD, | |
| 4. MARQUISE LATRELLE TOLBERT, and | |
| 5. ADRIANNA KINSEY, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-125JCC |
| Plaintiff | NOTICE OF RELATED CASE |
| | |
| v. | |
| CHRISSOVEN BRANDT, | |
| Defendant. | |

## BACKGROUND

On June 28, 2023, Marquise Tolbert and Kissean Coleman were indicted under CR23-104. On the same day, Parchey Kelley was indicted under CR23-150RSM. The government filed a notice of related cases and the Kelley case was reassigned to Judge Lin.

//

//

//

Notice of Related Case - 2
*United States v. Tolbert et al*, CR23-104TL
*United States v. Kelly*, CR23-105TL
*United States v. Graves et al.*, CR23-118TL
*United States v. Brandt*, CR23-125JCC.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On July 19, 2023, Frank Lozano Graves (Graves Sr.), Frank Marquise Graves (Graves Jr.), Loren Fitzgerald, Marquise Tolbert, and Adrianna Kinsey were indicted under cause number CR23-118TL.

On August 8, 2023, Chrissoven Brandt was indicted under cause number CR23-125JCC.

These cases all arise from a Federal Bureau of Investigation (FBI) investigation into drug and firearm trafficking. During this investigation, Graves Sr.'s phone, Graves Jr.'s phone and Tolbert's phone were all subject to Court authorized wire interception.

Investigators focused on Brandt after he engaged in an intercepted text exchange with Tolbert in which they discussed selling controlled substances, including methamphetamine, cocaine, and fentanyl.  A subsequent search of Brandt's residence agents recovered fentanyl pills and a loaded handgun.

## DISCUSSION

Local Criminal Rule 13 encourages counsel "to file a notice of related case in order to bring such cases to the Court's attention." The Court may reassign criminal cases pursuant to Local Criminal Rule 13 which provides:

(a) **Common Questions**.  When criminal cases involving common questions of law and fact (but not necessarily the same parties) are assigned to different judges, there may be good reason to assign all of said cases to one judge.  Such may be assigned to the judge to whom the case bearing the earliest filing number was assigned, at his or her option.

The United States submits this notice to inform the Court that the cases set forth above are related.  All four matters originated out of the same wire interceptions and involve either firearm or drug trafficking.

## CONCLUSION

For the reasons stated above, the government submits this notice advising the Court that these all of these cases are related such that reassignment to the same judge

Notice of Related Case - 3
*United States v. Tolbert et al*, CR23-104TL
*United States v. Kelly*, CR23-105TL
*United States v. Graves et al.*, CR23-118TL
*United States v. Brandt*, CR23-125JCC.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   may be in the interest of judicial economy.  The government specifically requests that

2   *United States v. Chrissoven Brandt*, CR23-125JCC, be reassigned to Judge Lin, bringing

3   all four matters before the same judge.  The government is not requesting or that these

4   cases be joined for trial.

5

6        DATED this 18th day of August, 2023.

7

8                          Respectfully submitted,

9                          TESSA M. GORMAN
                           Acting United States Attorney

10

11                          *s/ Stephen Hobbs*

12                          STEPHEN HOBBS
                         MICHELLE JENSEN

13                          Assistant United States Attorney
                         United States Attorney's Office

14                          700 Stewart, Suite 5220

15                          Seattle, WA 98101-3903
                         Telephone:   206-553-4301

16                          Fax:         206-553-0755

17                          E-mail:      stephen.p.hobbs@usdoj.gov

18

19

20

21

22

23

24

25

26

27

Notice of Related Case - 4
*United States v. Tolbert et al*, CR23-104TL
*United States v. Kelly*, CR23-105TL
*United States v. Graves et al.*, CR23-118TL
*United States v. Brandt*, CR23-125JCC.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970